AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 28, 2020**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SHAWNTELLE A.,<br>*Plaintiff*<br>v.<br>ANDREW M. SAUL, Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:19-CV-03221-JTR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED, in part. Matter is REMANDED to Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for Summary Judgment (ECF Nos. 13 and 14).

Date: August 28, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco